**(STAY / JS-6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TAO LI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALEJANDRO N. MAYORKAS, ET AL.,<br><br>　　　　Defendants. | No. 5:23-cv-00026-SSS-KKx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br><span style="color:red">**NOTE CHANGES MADE BY COURT**</span><br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

1

1  Having read and considered the Joint Stipulation to Stay the Case Pending
2  Adjudication of Application submitted by the parties, and finding good cause therefor,
3  IT IS HEREBY ORDERED that the instant action shall be stayed until August 31,
4  2023.
5  The parties are further DIRECTED to file a Joint Status Report no later than
6  August 17, 2023, advising the Court of the status of this action.
7  The Clerk is DIRECTED to close the case administratively.

Dated: March 17, 2023

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE